IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON WEB SERVICES, INC.,<br><br>  *Defendants*. | Case No. 7:25-cv-00286-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Headwater Research LLC hereby gives notice that the parties have agreed to an extension of forty-five (45) days to Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint. The current deadline for Defendants to answer or otherwise respond to the Complaint is July 16, 2025, and Defendants' deadline is extended by agreement by forty-five (45) days, making the new deadline September 2, 2025.

Dated:  July 8, 2025

Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com

- 2 -

                Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**